UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

                    Plaintiff(s),

                                             ***MEDIATION
                                             CERTIFICATION***

                                             _____ - cv - _____

           v.



                    Defendant(s).

_____

     I hereby certify that:

☐  The mediation session scheduled for_____ has been adjourned to _____.

☐  Case settled prior to the first mediation session.

☐  Mediation session was held on _____.

     ***Case has settled.*** (Comment if necessary).

     ***Case has settled in part.*** (Comment below). Mediation will continue on_____.

     ***Case has settled in part.*** (Comment below). Mediation is complete.

     ***Case has not settled.*** Mediation will continue on _____.

     ***Case has not settled.***


                                                            Steven V. Modica
***Date:*** _____        ***Mediator: /S/*** _____


***Additional Comments:***
_____
_____
_____